## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, John Mangano, declare as follows:

1. I have reviewed the Class Action Complaint and have authorized its filing.

2. I did not purchase the security that is the subject of the complaint (BlockFi BIA account) at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My purchase history is set forth in the chart attached hereto as Exhibit A.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day __02282920__.

Signature: _John mangano (Feb 28, 2022 15:46 PST)_

Name: John Mangano

**EXHIBIT A**

| Cryptocurrency | Amount | Transaction Type | Confirmed At |
|---|---|---|---|
| BTC | 0.00078067 | Interest Payment | 2/28/2022 23:59 |
| USD | -500 | Ach Trade | 2/5/2022 18:58 |
| ETH | 0.16341556 | Ach Trade | 2/5/2022 18:58 |
| BTC | 0.00085299 | Interest Payment | 1/31/2022 23:59 |
| BTC | 0.00001957 | Bonus Payment | 1/13/2022 19:49 |
| BTC | 0.00110904 | Interest Payment | 12/31/2021 23:59 |
| USD | -500 | Ach Trade | 12/21/2021 18:02 |
| BTC | 0.01014911 | Ach Trade | 12/21/2021 18:02 |
| USD | -200 | Ach Trade | 12/20/2021 22:25 |
| BTC | 0.00420805 | Ach Trade | 12/20/2021 22:25 |
| BTC | 0.00103191 | Interest Payment | 11/30/2021 23:59 |
| BTC | 0.00094921 | Interest Payment | 10/31/2021 23:59 |
| ETH | 0.16943697 | Crypto Transfer | 10/20/2021 17:02 |
| LTC | 1.8050846 | Crypto Transfer | 10/8/2021 15:25 |
| ETH | 0.0129651 | Interest Payment | 9/30/2021 23:59 |
| ETH | 7.00943484 | Crypto Transfer | 8/31/2021 1:13 |