# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN MANGANO, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>  v.<br><br>BLOCKFI, BLOCKFI, INC., BLOCKFI TRADING, LLC, BLOCKFI LENDING, LLC,<br><br>       Defendants. | Case No. 2:22-cv-01112<br><br>**Motion Day: April 18, 2022**<br><br>**NOTICE OF UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF<br>JULIA A. MALKINA** |

**PLEASE TAKE NOTICE** that defendants BlockFi Inc., BlockFi Trading LLC, and BlockFi Lending LLC,[1] by and through their undersigned counsel, shall move before the Honorable Cathy L. Waldor of the United States District Court for the District of New Jersey on April 18, 2022, or as soon thereafter as counsel may be heard, at the Martin Luther King Building & United States Courthouse in Newark, New Jersey, for the entry of an order for admission of Julia A. Malkina, of the law firm Sullivan & Cromwell LLP, to serve as counsel *pro hac vice* in this matter on behalf of defendants pursuant to Local Civil Rule 101.1(c).

**PLEASE TAKE FURTHER NOTICE** that movant shall rely on the accompanying declarations of Jeffrey T. Scott and Julia A. Malkina being filed in support of this motion. Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of this motion is necessary because the supporting declarations plainly establish the requirements necessary for the *pro hac vice* admission of the above counsel.

---

[1]  Plaintiff also included "BlockFi" as a defendant in his Complaint, but such an entity does not exist.

-2-

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

| | |
|---|---|
| Dated:  March 23, 2022 | By: *s/ Jeffrey T. Scott* |
| | Jeffrey T. Scott (N.J. Atty. ID #051881996)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Email: scottj@sullcrom.com<br>Tel:  (212) 558-4000<br>Fax: (212) 291-9138 |
| | *Attorney for Defendants BlockFi Inc., BlockFi Trading LLC, and BlockFi Lending LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, I caused a true and correct copy of the foregoing Notice of Motion for *Pro Hac Vice* Admission of Julia A. Malkina, with accompanying declarations and a proposed form of order, to be electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

Dated: March 23, 2022

By: *s/ Jeffrey T. Scott*_____

Jeffrey T. Scott (N.J. Atty. ID #051881996)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Email: scottj@sullcrom.com
Tel:  (212) 558-4000
Fax: (212) 291-9138

*Attorney for Defendants BlockFi Inc., BlockFi Trading LLC, and BlockFi Lending LLC*